UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALVIN-EDWARD ANDERSON, JR.,

       Petitioner,

v.                                     Case No. 1:07-cv-176

THOMAS K. BELL,                 Hon. Wendell A. Miles

       Respondent.

_____/

**ORDER VACATING DEFICIENCY ORDER**

On February 7, 2008, the court issued a Notice of Deficiency (Docket No. 18) requiring the plaintiff to either file the required documents to proceed in forma pauperis on appeal or to pay the $455.00 appeal filing fee. Unfortunately, it was overlooked that the appeal filing fee had already been paid in full on January 23, 2008, prior to the entry of this order.

Accordingly, IT IS THEREFORE ORDERED that the Deficiency Order is hereby VACATED.

IT IS ORDERED that a copy of this order shall be certified to the Court of Appeals.

Dated this 13th day of February, 2008.

                                   /s/ Wendell A. Miles
                                  Wendell A. Miles
                                  Senior U.S. District Judge